UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| NATASHA SANDERS, on behalf of herself and all others similarly situated,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>POPEYES LOUISIANA KITCHEN, INC.,<br><br>　　　　Defendant. | Civil Action No.: 1:22-cv-04477-KAM-PK |

**NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE PURSUANT TO
FED. R. CIV. P. 41(a)(1)(A)(i)**

1

**TO ALL PARTIES AND THEIR COUNSEL OF RECORD:**

**PLEASE TAKE NOTICE** that pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiff Natasha Sanders ("Plaintiff"), by and through her counsel of record, hereby voluntarily dismisses all of her individual claims in the above-captioned action, without prejudice, against Defendant Popeyes Louisiana Kitchen, Inc. ("Defendant"). The claims of the putative class are dismissed without prejudice. Each party shall bear its own costs and fees.

Defendant has not filed or served an answer or a motion for summary judgment in the action. Accordingly, Plaintiff may dismiss her individual claims in this action against Defendant without prejudice under Fed. R. Civ. P. 41(a)(1)(A)(i).

DATED: September 30, 2022        **CUSTODIO & DUBEY, LLP**

                                 By:   /s/ *Robert Abiri*

                                 Robert Abiri (SBN 238681)
                                 E-mail: abiri@cd-lawyers.com
                                 445 S. Figueroa Street, Suite 2520
                                 Los Angeles, CA 90071
                                 Telephone: (213) 593-9095
                                 Facsimile: (213) 785-2899

                                 *Attorney for Plaintiff and the Putative Classes*

                                 *kiyo A. Matsumoto, USDJ*
                                 9.30.2022

2